```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

DAVID TIMOTHY CRUM d/b/a NATIONAL
MINE SUPPLY,

    Plaintiff,

v.                              Civil Action No. 2:14-24861

CANOPIUS US INSURANCE INC. f/k/a
OMEGA US INSURANCE INC.,

    Defendant.

## MEMORANDUM OPINION AND ORDER

The court having received the proposed findings and recommendation of the United States Magistrate Judge filed on July 20, 2016, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B); and having reviewed the record in this proceeding; and there being no objections filed by either party to the proposed findings and recommendation; and it appearing proper so to do, it is ORDERED that the findings and conclusions made in the proposed findings and recommendation of the magistrate judge be, and they hereby are, adopted by the court.

The court, accordingly, finds that plaintiff's claim for recovery of the value of his personal property, insofar as such recovery is sought through insurance proceeds from Canopius

U.S. Insurance, Inc., is rendered moot and this federal court lacks jurisdiction to grant any further relief. For those reasons, it is ORDERED that the defendant's motion to dismiss be, and it hereby is, granted. It is further ORDERED that this action be, and it hereby is, dismissed with prejudice.

The Clerk is directed to forward copies of this order to the plaintiff, any counsel of record, and the United States Magistrate Judge.

DATED: August 11, 2016

John T. Copenhaver, Jr.
United States District Judge